1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON MUTUAL, INC.,

            Plaintiff,

    v.

UNITED STATES OF AMERICA,

            Defendant.

CASE NO. C06-50JLR

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable James L. Robart:

      The court has received the parties' stipulation to dismiss this action without prejudice and without costs under Fed. R. Civ. P. 41(a)(1).  The court directs the clerk to DISMISS this action.

      Filed and entered this 1st day of November, 2006.

                        BRUCE RIFKIN, Clerk

                              s/Mary Duett

                    By

                              Deputy Clerk

MINUTE ORDER – 1